William E. HOWELL

v.

C. H. LOONEY, Warden, U. S. Penitentiary, Leavenworth, Kansas.

No. 5397.

United States Court of Appeals
Tenth Circuit.

Sept. 5, 1956.

No attorney for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

Affirmed without written opinion.

NEW MEXICO LIFE INSURANCE COMPANY

v.

L. F. CORRIGAN.

No. 5378.

United States Court of Appeals
Tenth Circuit.

Sept. 4, 1956.

Owen B. Marron, Albuquerque, N. M., for appellant.

Rodey, Dickason, Sloan, Mims & Akin, Albuquerque, N. M., for appellee.

Before BRATTON, Chief Judge, and MURRAH and LEWIS, Circuit Judges.

Appeal dismissed pursuant to stipulation of the parties.